**Order entered February 3, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00144-CV

## IN RE: THE COMMITMENT OF DAVID EDWARD JOINER

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV1870002**

## ORDER

Pursuant to Texas Rule of Appellate Procedure 34.5(c)(1), we **ORDER** Felicia Pitre to file a supplemental clerk's record containing a copy of the jury charge and verdict with respect to the trial of this matter held on November 5, 2018. *See* TEX. R. APP. P. 34.5(c)(1). The supplemental record shall be filed no later than February 13, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     BILL PEDERSEN, III
JUSTICE